# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. **08 MJ 0727** |
| Plaintiff | ) |
| v. | ) COMPLAINT FOR<br>) VIOLATION OF:<br>) TITLE 18 U.S.C. § 1544 |
| Gerardo GALINDO-Aguilar<br>AKA: Juan Manuel Avalos | ) Misuse of Passport |

The undersigned complainant, being duly sworn, states:

On or about March 6, 2008, within the Southern District of California, defendant **Gerardo GALINDO-Aguilar** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting Official U.S. passport number 204004620, issued to Juan Manuel Avalos to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not Juan Manuel Avalos, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport.

All in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF **March 2008**.

_____
UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**



## **PROBABLE CAUSE STATEMENT**

On March 6, 2008, at approximately 1350 hours, **Gerardo GALINDO-Aguilar (Defendant)** presented himself before a Customs and Border Protection (CBP) Officer via the pedestrian primary lanes of the San Yisdro Port of Entry and applied for admission to the United States from Mexico. Defendant identified himself with U.S. Passport (#204004620), bearing the name Juan Manuel Avalos., DPOB 03/17/1977, California, USA, and a photograph that did not bear Defendant's likeness. The CBP Officer noticed the discrepancy and referred Defendant to secondary for further inspection.

On March 6, 2008, at approximately 1400 hours, the case was referred to the San Ysidro Prosecutions Unit. A CBP Enforcement Officer and a Diplomatic Security Service (DSS) Agent responded at approximately 1645 hours. Defendant was queried through IDENT (Automated Biometric Identification System) which identified him as Gerardo GALINDO-Aguilar, a citizen of Mexico without legal documents to enter the United States. Defendant's property was searched and a Mexico Electoral Card was found. The card listed the true biographical information of the Defendant and did not match the United States Passport presented.