UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj0727 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GERARDO GALINDO-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101


Dated: March 12, 2008        /s/ Erick L. Guzman
                             ERICK L. GUZMAN
                             Federal Defenders
                             225 Broadway, Suite 900
                             San Diego, CA 92101-5030
                             (619) 234-8467 (tel)
                             (619) 687-2666 (fax)
                             E-mail: erick_guzman@fd.org