FILED
APR - 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1035-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) |
| GERARDO GALINDO-AGUILAR, aka Juan Manuel Avalos, | |
| Defendant. | |

The United States Attorney charges:

On or about March 6, 2008, within the Southern District of California, defendant GERARDO GALINDO-AGUILAR, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Customs and Border Protection Officer that his name was Juan Manuel Avalos, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: April 3, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf
3/14/08