AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GERARDO GALINDO-AGUILAR
aka Juan Manuel Avalos

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1035-H

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, GERARDO GALINDO-AGUILAR aka Juan Manuel Avalos, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gerardo Galindo/A_
GERARDO GALINDO-AGUILAR
Defendant

_/s/_
ERICK GUZMAN
Counsel for Defendant

Before _____
JUDICIAL OFFICER